IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARK DYLAN RUTLEDGE,   *

    Plaintiff,   *

v.   Case No. 1:25-CV-76(LAG)

    *

GRADY COUNTY DETENTION, et al,

    *

    Defendants.

    *
_____

**J U D G M E N T**

    Pursuant to this Court's Order dated October 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

    This 28th day of October, 2025.

    David W. Bunt, Clerk

    s/ William C. Lawrence, Deputy Clerk